COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Joy Wallace Varner v. Reoco, Inc.

Appellate case number:       01-15-00479-CV

Trial court case number:     2013-07852

Trial court:                 157th District Court of Harris County

On May 21, 2015, appellant, Joy Wallace Varner, proceeding *pro se*, filed an affidavit of indigence in the trial court with her notice of appeal in the above-referenced trial court proceeding. *See* TEX. R. APP. P. 20.1(a)(2). On June 2, 2015, the Clerk of this Court requested an indigent clerk's record be filed by the trial clerk. *See id.* 20.1(c)(1), (d)(1), (e)(1). On October 20, 2015, the trial clerk filed an original clerk's record in this Court with, among other things, the trial court's order, signed on June 10, 2015, overruling the trial clerk's contest to appellant's affidavit of indigence for appellate costs. *See id.* 20.1(e)(1), (i)(4). An order overruling a contest to an affidavit of indigence is not subject to appellate review. *See id.* 20.1(j)(5).

Accordingly, the allegations in the affidavit of indigence are deemed true, and appellant is entitled to proceed without advance payment of appellate costs. *See* TEX. R. APP. P. at 20.1(f). The Clerk of this Court is **ORDERED** to deem the appellant indigent and that she is allowed to proceed on appeal without advance payment of costs for purposes of the appellate filing fee and the clerk's and reporter's record fees.

Although the clerk's record was already filed, after a preliminary review, it appears to be an indigent clerk's record because the index shows that it is missing any documents filed between March 8, 2013, and April 22, 2015. Thus, the trial clerk is **ORDERED** to file with this Court, within **30 days** of the date of this order and at no cost to appellant, a supplemental clerk's record containing all documents filed between March 8, 2013, and April 22, 2015. *See* TEX. R. APP. P. 20.1(k), 34.5(a), (c)(1).

Finally, the court reporter is further **ORDERED** to file with this Court, within **30 days** of the date of this order and at no cost to appellant, a reporter's record containing

the items specified in Texas Rule of Appellate Procedure 34.6(a) or an information sheet confirming that no reporter's record was taken.  *See* TEX. R. APP. P. 20.1(k), 34.6(a).

It is so ORDERED.


Judge's signature:   /s/ <u>Laura Carter Higley</u>
                          ☒ Acting individually     ☐ Acting for the Court

Date:  November 24, 2015